DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CASSIUS HENZEN,**
Appellant,

v.

**SHEREEKA CARTER,**
Appellee.

No. 4D18-2488

[December 12, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael I. Rothschild, Judge; L.T. Case No. 15-000612 FMCE (44).

Cassius Henzen, Miami, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a).

GERBER, C.J., CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***